E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

Ali A.I. Harrison-El

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Plaintiff(s)

-v-

Judge Charissa J. Liller
Asst. Dist. Attery. Thomas Garrone
Bucks County Crim. Justice Cntr.

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $52) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                      Ali L.I. Harrison-EL

All other names by which
you have been known:

ID Number                                 # QQ1519

Current Institution                       (Temp.) SCI - Smithfield
Address

_____
                                          City                State          Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                      Judge Charissa J. Liller

Job or Title *(if known)*      Judge

Shield Number

Employer                  Bucks County Criminal Justice Cnte.

Address                   100 N. Main St.

Doylestown     PA     18901
                          City          State          Zip Code

☑ Individual capacity   ☑ Official capacity

Defendant No. 2

Name                      Thomas Gannon

Job or Title *(if known)*      Assistant District Attorney.

Shield Number

Employer                  Bucks County Criminal Justice Cnte.

Address                   100 N. Main St.

Doylestown     PA     18901
                          City          State          Zip Code

☑ Individual capacity   ☑ Official capacity

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

Defendant No. 3

Name                          Offce, Kevin J. Jackson

Job or Title *(if known)*     Police Offce,

Shield Number

Employer                      Bristol Township P.D.

Address                       Bath Rd.

Bristol                  PA              19007
City                     State           Zip Code

☑ Individual capacity     ☑ Official capacity

Defendant No. 4

Name                          Offce, Jennifer R. Jacher

Job or Title *(if known)*     Police Offce,

Shield Number

Employer                      Bristol Township P.D.

Address                       Bath Rd.

Bristol                  PA              19007
City                     State           Zip Code

☑ Individual capacity     ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violated 4th, 6th, 8th, 14th, Amendment Rights, due process of the law, denied legal, lawful access to the courts; and many Constitutional violations.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? To many to list, (See attatched)

(Was sent as Appeal) (Forced Representation of prior sued attorney (Craig W. Penglase CX # is CV-04726).

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Conspired together to deny due process of law, false arrest, false imprisonment, malicious prosecution, racheterring, etc.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☑  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☑  Other *(explain)*  Illegally convicted/sentenced state, and disabled citizen.

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose. Started because of CX-# 59178 Bristol Township P.D., conspiracy took place Bucks County streets, Bucks County Correctional Facility, Bucks County Judicial Center.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose. 1730 S. Easton Rd. / 100 N. Main St. Doylestown, PA 18901 Etc All ⟨

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

C.     What date and approximate time did the events giving rise to your claim(s) occur?

Started 2020 to present, still being harassed, family member's harassed / threatened ('

D.     What are the facts underlying your claim(s)? *(For example: What happened to you?, Who did what? Was anyone else involved? Who else saw what happened?)* Handcuffed / Shackeled beaten by (9) offces. Bristol Township P.D. 2020 sued, since then, Falls Township P.D., Bristol Township P.D., (2) Hospitals, and several other entities Bucks County Corr. facility, Bucks Co. Judicial Center conspired in false arrest, false imprisonment, wrongful conviction, etc. Illegal sentence, discrimination, deliberate indifference (Mentally handicapped bipolar disorder, P.T.S.D. O.C.D. Multiple Personality disorder )

**V.     Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. 2020; Stitches (L) eye, concussion, fracture's, broken ribs, severe head trauma – brain anuerysm, dislocated sholder (L), contusions/abrassion's 2021-2024; harassment, mental health issue's, P.T.S.D., continuing neck/back, sholder (L), (L) knee, night terror's etc., etc. to present, and still being harassed/malicious prosecutions - etc.

**VI.     Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims. (( Want my freedom restored ;; Want my personal belonging's replaced, my living arrangements replaced, my assasinated character retracted, apologized to by all individual's, their job's terminated, loss wages, pain and suffering, mental anguish, permanent brain damage, and most likely early death due to such, $50 million can be negotiated. All prior case's investigated record aspongea, criminal/driving or I go send all evidence to T.V., Radio, internet !

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Bucks County Corr. Facility.
(conspired with all listed)

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☑ No

☐ Do not know

If yes, which claim(s)? Denying access to the courts, mail tampering, conspiracy to malicious prosecution, fraud, racketeering.

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes    You won't find it, but called head of
☑ No      oversight board Ms. Sarah Webster
              (Prison Phone Records, B.C.C.F.)

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes    Not exactly a prison complaint but
☑ No      yes about mail, due process, denial of
              access to courts Ms Kelly Reed
              Superintdt. Mr. Matillus

E.   If you did file a grievance:

1.   Where did you file the grievance? Lt Bucks County Corr. Facility
with Ms. Kelly Reed/Superintendet Mr. Matillus/Mr. Rouseffe
Mr. Cortiroy/Several Sgts/Lt. Thompson (Witness)
Attrny. Craig W. Penglase, / Judge Rea Boylan / Judge McHugh

2.   What did you claim in your grievance? Mail Tampering / Denial) to
access to the courts / Due process violations/
conspiracy/Amendment and Constitutional Rights
Violations/Discrimination/Cruel and Unusual Punishment
Deliberate Indifference/Disability Violations
(Lack of Prosecution)

3.   What was the result, if any? The result was 3 to 6 yrs. in
a State Corr. Inst. for crimes I didn't commit
self defense; trial transcripts speak for themselves
uffrtd* attrny* refused to furnish me with such.

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Still attempting to appeal it via mail to no avail, etc.
All.

F.  If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here: Paperwork, phone records prove all including enclosed hope you recieve.

    2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: (See E.-1)

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Filed and paid for Administrative Review through the court inmate account. records/Case manager Ms. Lakdis, nothing done to date concerning

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

**VIII.  Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes     *From 2020 till kow 2024 conspiring aspects and proof of etc. All.*

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s) Ali L. Harrison-El
     Defendant(s) Bristol Township P.D. ( CV-# 5978 )

2.   Court *(if federal court, name the district; if state court, name the county and State)*
     601 Market.

3.   Docket or index number
     ( CV-#5978 )

4.   Name of Judge assigned to your case
     ( Schiller cv-5978 )(was Darkell Jones 1st )

5.   Approximate date of filing lawsuit
     2020

6.   Is the case still pending?
     ☑ Yes
     ☐ No
     If no, give the approximate date of disposition.   *investigation keeded*

7.   What was the result of the case?  *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Still pending hence the conspiracy of all said entities, and "malicious prosecution"

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? Reasoning for imprisonment, kot condition

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)   Ali A. Harrison-EL

Defendant(s)   Offcer Okker (Falls Township P.D.)
              1 John Doe offcr.

2.    Court *(if federal court, name the district; if state court, name the county and State)*

601 Market  ED of Pa

3.    Docket or index number

CR-#4364

4.    Name of Judge assigned to your case

John M. Gallagher

5.    Approximate date of filing lawsuit

2023    11/14/23

6.    Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition    investigation needed

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*   Still pending hence conspiracy of all aforementioned entities, and this "malicious prosecution" (

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

**IX.**    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2/13/24

Signature of Plaintiff

Printed Name of Plaintiff    Ali A.I Harrison-EL

Prison Identification #    QQ1519

Prison Address    (Temp. Smithfield) next (Temp. Camphill)

|  | City | State | Zip Code |
|---|---|---|---|

**B.**    **For Attorneys**

Date of signing:

Signature of Attorney    Would like Apptd. Attrzy if

Printed Name of Attorney    possible, (Not From Bucks County)

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

<u>Was Sent as Appeal</u>

<u>IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY</u>
<u>PENNSYLVANIA, CRIMINAL DIVISION</u>

Ali L. Harrison-EL          Docket No.#'s  0790/23
                                            3063/23

          v.

BUCKS COUNTY CRIMINAL
JUSTICE CENTER

   APPLICATION FOR, "WRIT OF MANDAMUS,"
FOR, "RECONSIDERATION OF TRIAL FINDINGS
OF GUILT DUE TO INEFFECTIVE ASSISTANCE
OF COUNSEL", "DIRECT APPEAL FOR DISMISSAL
OF ALL CHARGE'S" (Pro-se)

   1) This Court has the authority to entertain
   this application filed by defendant pursuant
to, Pa. R.A.P. 1701 (b)(3), and also to 19
P.L.E Criminal Law § 900. DISMISSAL and/o
QUASHING.

   2) The qualified immunity defense shields
   government officials performing discretionar
functions from liability for civil damage's,
<u>insofar</u> as their conduct does not violate clearl
established statutory or constitutional right
of which a reasonable person would have know
The immunity balances two (2) important publi
interest: (1) to shield officials from simple
harassment when performing their duties
reasonably. (2) The need to hold public official
accountable when they exercise power reckless
, or irresponsibly, or the plainly incompetent
who knowingly violate the law. (Corbitt v. Vicke
929 F. 3d 1304 )(NN3.)

3) Original arrest report for arresting
officer. (Mr. Jackson, Kevin J.), and probable
cause affidavit were filed incorrectly with
wrong LiveScan/OTN #'s on it coming back to
a civil suit case, not a criminal case, or
concerning any criminal charge's concerning
the defendant. Same report and information
has defendant commiting same crime in the
Township of Bensalem, and Bristol at the
exact same time, on the exact same date.

4) Defendant was never given a preliminary
hearing constituted as lawful or legal which
violated his Constitutional Due Process to the
law; Amendment 14‡ (Sec. 1) All persons born
or naturalized in the United States, and subject
to the jurisdiction thereof, are citizens of the
United States and of the State wherein they
reside. No State shall make or enforce any law
which shall abridge the privileges or immunities
of citizens of the United States; nor shall
any State deprive any person of Life, Liberty
or property, without due process of the Law;
nor deny to any person within its jurisdiction
the equal protection of the Laws. Officer
Jackson, Kevin J. never appeared at any said
preliminary hearing where he gave testimony
or was able to be questioned by said defendant
and defendant never waived, or gave counsel
permission to waive any such hearing.

5) Defendant was also never given a lawful
or legal preliminary hearing concerning said
officer. (Ms. Jackae, Jennifer B.) criminal
charge's which were also filed incorrectly, an
which said victim admitted to rescinding via
email to officer. due to wrong information given.

6) So much vengeful unlawful misconduct has taken place by so many different "professional" entities that the case's themselves have even been switched and given to the wrong arresting officer's; (Ms. Jachae, Jennifer B.) criminal charge's were filed against the defendant as Simple Assault M2, and Harassment Subject Another to Physical Contact S, and officer; (Jackson, Kevin J.) criminal charge's against the defendant were, Simple Assault M2, Theft By Physical Contact M3, and Harassment S.

7) Defendants Court appointed attorney knew and was made aware of aforementioned stated key-points, and that defendant had a civil-suit against Bristol Township Police Department, but chose to conspire with them, and the District Attorneys office regardless of the defendant discussing this with said attorney's; (Mr. Penglase, William Craig) month's prior to trial by phone, which proves willingness and wanton criminal behavior by said attorney, Bristol Township P.D., and the District Attorneys Office. (Defendant filed action against City of Bristol; Bristol Township Police Dept. asserting Federal claims under (42 U.S.C. § 1983), False arrest, False imprisonment, in violation of the (4 Fourth Amendment), and Denial of his (14 Fourteenth Amendment Rights), Rights to access to the Courts, Conspiracy to violate his Constitutional Rights, and also asserting a State Law, Malicious Prosecution claim.) (Harrison-EL v. Gaffney, 2021 U.S. Dist Lexis 82968, case still pending to date.

8) "Supposed appointed", (Trial Judge), the (Honorable Judge Charissa J. Liller), should have recused herself as defendants trial judge as there was a proven conflict of interest due to the fact that said Honorable Judge had previously been the defendants judge for his conflict of interest with the public defenders department and refused to allow defendant to represent himself at that time because defendant was prepared to do s and the State was not prepared for trail, that date was; (6/19/25) case's should have, and would have been dismissed by any other Honorable Judge; (This proving conflict of interest), (then proceeded to reside over defendants bench-warrant hearing, revoking wrong bail but continuing to illegally hold defendant, and there is no documented proof of a bench-warrant being issued, and the hearing in question was scheduled to be in front of, (Honorable Judge McHugh Raymond F.) not (Honorable Judge Liller), meaning that defendants trial judge, (Appointed Trial Jud should be (Honorable Judge McHugh).

9) Due to the evilness and outright renege blatant, unlawful and illegal conduct of all "supposed professional" entities/individua whom all conspired in vast Constitutional State, Federal, and Amendment Rights violation's that have cost the defendant not only precious time that he doesn't have alot of due to malicious prosecution and th fact that he is dying due to the original excessive use of force charge's by the (Bristol Township P.D.), but also the lost of all his worldly posession's as well.

10) These case's/charge's were entitled to Administrative Review the moment it was known that the defendant filed a civil-suit against any Federal/State official's especially knowing that the defendant resided in said township of said official's, and if this had been the case, the lost of time, money, life, and man-hours, not-to-mention tax-payers money could have been avoided.

WHEREFORE, defendant prays that the Courts, said Honorable Judge's will see what the truth truly is in this case/situation that the defendant was blatantly, illegally, found guilty of. That this case, and charge's never had anything to do with justice for so victim, but was clearly about vengefullness, vindictiveness, evil, and pure hatetred, due to the civil law-suit filed by the defendant for, Excessive Use of Force, which is his Constitutional Right, and is the reason for the defendants current serious medical situation that leaves him with an estimated time left to live according to nuerological specialist. Defendant also has serious back and neck issue's, as well as (4) hernia's and all issue's need surgery which may be time sensative, therefore defendant ask th due to all stated information defendant respectfully ask to be released, and all charge be dismissed/quashed forthwith.

DATE: 12/26/23

Respectfully Submitted,

Pro-se   Ali A. Harrison-El

# CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Court that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Ali A. Harrison-EL
Signature: _____
Name: Ali A. Harrison-EL
Filed: Pro-se

# VERIFICATION

## IN THE COURT OF COMMON PLEAS, BUCKS COUNTY PENNSYLVANIA CRIMINAL DIVISION

I VERIFY that the statements made in this petition are true and correct as to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa C.S. section 4904, relating to unsworn falsification to authorities.

DATE: 12/26/23

_____
(Signature of plaintiff)

_____
(date of verification)

Ali A. Harrison-EL
(Print Name)

1730 S. Easton R
Doylestown, Pa 189
(Print Address)

COMMONWEALTH OF PENNSYLVANIA          Docket #'s

                    Vs.                        0790/23
                                               3063/23

Ali A. Harrison-EL


                          ORDER


AND NOW, this _____ day of _____ 2023, it is
hereby ORDERED and DECREED that a Hearing
to consider the petition for Writ of Mandamus
is hereby *

GRANTED          DENIED          _____
                                                  J.

Smart Communications/PADOC
SCI- Smithfield
Name Ali A. Harrison-El
Number QQ1519
PO Box 33028
St Petersburg FL 33733

Previously Sent out
Denied Postage

CLERK OF COURT, EDPa
HONORABLE CHIEF JUDGES CHAMBERS
U.S. COURTHOUSE & FEDERAL BUILDING
504 W. HAMILTON ST.
ALLENTOWN, PA 18101

RECEIVED
MAR 15 2024

Smart Communications/PADOC

SCI- Phoenix

Name Ali A. Harrison-EL

Number GQ1519

PO Box 33028

St Petersburg FL 33733

U.S.M.S.
X-RAY

HONORABLE CHIEF JUDGES CHAMBERS
Clerk of Courts, ED, Pa
U.S. Courthouse & Federal Building
504 W. Hamilton St.
Allentown, Pa 18101



quadient
FIRST-CLASS MAIL
IMI
$001.87⁰
03/11/2024 ZIP 19426
043M31248366

US POSTAGE

RECEIVED
MAR 15 2024